IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BENJAMIN E. WALTMAN : CIVIL ACTION
:
Plaintiff : NO. 07-04029
:
vs. :
:
DOREL JUVENILE GROUP, INC. :
:
Defendant :

## ORDER

AND NOW, this 26 day of August, 2009, it is hereby ORDERED that the Motion of the Defendant to Continue the Stay [Doc. #76] is GRANTED.

It is further ORDERED that the case is STAYED until the validity of the General Release is resolved by the Pennsylvania appellate courts.

In the interim, if either party receives any guidance on this issue from the Pennsylvania appellate state courts in another case, they are directed to immediately bring it to the Court's attention.

It is further ORDERED that pretrial motions ## 49, 51, 53, 55, 57, 59, 61, 63, 65, 67, 69, 71 and 73 are DENIED with leave to renew after the Stay in this matter is lifted.

It is further ORDERED that the Defendant's Motion for Leave to File Reply Briefs [Doc. #107] is DENIED as moot.

It is further ORDERED that the Defendant's Motion for Miscellaneous Relief [Doc. #109] is DENIED as moot.

BY THE COURT:

*Thomas M. Golden*
THOMAS M. GOLDEN, J.