### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| THE PENNSYLVANIA TRUST | : | |
| COMPANY, Guardian of the Estate | : | CIVIL ACTION |
| of Ethan Waltman, a Minor, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| DOREL JUVENILE GROUP, INC., | : | No. 07-4029 |
| Defendant. | : | |

### ORDER

**AND NOW**, this **18th** day of **July, 2011**, upon consideration of Defendant's Motion for

Sanctions Due to Spoliation, Plaintiff's Response thereto, the parties supplemental briefing thereon,

following oral argument with counsel for the parties on June 27, 2011, and for the reasons stated in

this Court's Memorandum dated July 18, 2011, it is hereby **ORDERED** that the Motion (Document

No. 150) is **GRANTED in part and DENIED in part**, as follows:

1. Defendant's Motion is **GRANTED** insofar as the Court shall impose the following

    spoliation sanctions:

    a. Benjamin Waltman and Kimberly Waltman shall not offer any testimony

        identifying the Grand Explorer booster seat as being used by Ethan Waltman

        on March 4, 2006.

    b. The Court will instruct the jury that it may draw an adverse inference from

        Plaintiff's destruction of evidence with respect to the issues of product

        identification and seatbelt tension.

2.      Defendant's Motion is **DENIED** insofar as the Court declines to instruct the jury to

find a specific seatbelt tension at the time of the crash.


BY THE COURT:

_____

**Berle M. Schiller, J.**